Hon. Marc L. Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>Debtor(s), | Chapter 7<br><br>Bankruptcy No.: 14-13193<br><br>Adversary No. 14-01249 |
| BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Villa Property Company Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Villa Property Company Trust,<br><br>Defendants. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>(Clerk's Action Required) |

**TO THE CLERK OF THE COURT**, and

TO:   Bankruptcy Estate of Trend Sound Promoter AMG Corp., by and through Nancy James,

   Bankruptcy Trustee Plaintiff

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1

W:\WPDOCS\24003\064\B0260275.DOCX - amb

**Hanson Baker Ludlow Drumheller P.S.**
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374

| | |
|---|---|
| 1 | YOU AND EACH OF YOU PLEASE TAKE NOTICE that the undersigned hereby |
| 2 | withdraws as Attorney of Record for Volodimyr Pigida and Jane Doe Pigida and the marital |
| 3 | community, Marina Bondarenko and John Doe Bondarenko and the marital community, |
| 4 | individually and as trustees of the Villa Property Company Trust. |
| 5 | YOU ARE FURTHER NOTIFIED that Magnus R. Andersson of the law firm of Hanson |
| 6 | Baker Ludlow Drumheller, P.S., located at 2229 112th Avenue NE, #200, Bellevue, Washington |
| 7 | 98004, telephone number 425-454-3374, is hereby substituted as Attorney of Record for the |
| 8 | withdrawing counsel. |
| 9 | COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original |
| 10 | process, shall be served upon the substituted Attorney of Record along with all others above |
| 11 | named. |
| 12 | This withdrawal and substitution of attorneys will be effective immediately. |

| HANSON BAKER LUDLOW DRUMHELLER, P.S. | MDK LAW ASSOCIATES |
|---|---|
| By: */s/ Magnus R. Andersson*<br>Magnus R. Andersson<br>WSBA #31536<br>Substituted Counsel for Defendants | By: */s/Mark D. Kimball*<br>Mark D. Kimball<br>WSBA #13146 |

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

W:\WPDOCS\24003\064\B0260275.DOCX - amb

**HB**
Hanson Baker Ludlow Drumheller P.S.
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374