Hon. Marc L. Barreca

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>TREND SOUND PROMOTER AMG CORP.,<br><br>    Debtor.<br>_____<br><br>BANKRUPTCY ESTATE OF TREND SOUND PROMOTER AMG CORP., by and through Nancy James, Bankruptcy Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLODIMYR PIGIDA and JANE DOE PIGIDA, husband and wife, and the marital community comprised thereof, individually and as trustee of the Villa Property Company Trust; and MARINA BONDARENKO and JOHN DOE BONDARENKO, wife and husband, and the marital community comprised thereof, individually and as trustee of the Villa Property Company Trust,<br><br>    Defendants. | Chapter 7<br>Bankruptcy Case No. 14-13193<br><br><br>Adversary Proceeding No. 14-01249<br><br><br>NOTICE REGARDING JURISDICTION AND CONSENT |

NOTICE REGARDING JURISDICTION AND CONSENT - 1

W:\WPDOCS\24003\064\B0271859.DOCX

**Hanson Baker Ludlow Drumheller P.S.**
2229  112th Avenue NE, Suite 200
Bellevue, WA  98004
(425) 454-3374

Case 14-01249-MLB    Doc 23    Filed 01/05/15    Ent. 01/05/15 10:36:40    Pg. 1 of 2

Defendants hereby submit the following Notice Regarding Jurisdiction and Consent:

1. Defendants hereby incorporate the statements required by Fed. R. Bankr. P. 7008(a) and 7012(b), and further state that this matter is a core proceeding under 28 U.S.C. §157(b)(2).

2. To the extent the defendants' consent is necessary, the defendants hereby consent to this Court adjudicating this matter to final judgment.

DATED this 5th day of January, 2015.

HANSON BAKER LUDLOW DRUMHELLER P.S.

By: */s/ Magnus R. Anderson*
MAGNUS R. ANDERSSON
WSBA No. 31536
mandersson@hansonbaker.com
Attorney for Defendants

NOTICE REGARDING JURISDICTION AND CONSENT - 2

W:\WPDOCS\24003\064\B0271859.DOCX

**Hanson Baker Ludlow Drumheller P.S.**
2229 112th Avenue NE, Suite 200
Bellevue, WA 98004
(425) 454-3374

Case 14-01249-MLB   Doc 23   Filed 01/05/15   Ent. 01/05/15 10:36:40   Pg. 2 of 2