**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF WASHINGTON
_____

Ramie N. O'NeillCHAMBERS
Law Clerk to Judge Marc BarrecaUnited States Courthouse
700 Stewart Street, Rm 7121
Seattle, WA 98101
(206) 370-5310

March 17, 2015

Re: *Bankruptcy Estate of Trend Sound Promoter AMG Corp. v. Volodimyr Pigida and Jane Doe Pigida, et al.* A14-01249

Dear Counsel:

The Court has set a Status Conference in the above-captioned case on **April 10, 2015 at 8:30 a.m.** Matters to be discussed include re-setting the trial date and the attendant deadlines. Counsel may appear telephonically. Directions for telephonic appearance appear on the court website under Judge Barreca's chambers procedures.

Very truly yours,

/s/ *Ramie N. O'Neill*

Ramie N. O'Neill
Law Clerk to Judge Marc Barreca